# Exhibit A

{00101048}

Tax Resolution Unit
Cook County
Public Judgment Records
TOLL FREE: (800) 217-7087

Patricia J Eggleston
5201 S Cornell Ave Apt 11E
Chicago, IL 60615-4202

Date: 4/15/2022
Letter ID: L-0054-4647TN

## Distraint Warrant

This warrant has been issued against the above named debtor(s) because of the tax debt that has not been paid in full. This is not an arrest warrant. This warrant serves the same function as a court judgment. The Federal Tax Authorities uses the warrant in collection action, such as garnishment of wages and bank accounts, property seizures, federal tax refund offset, and creation of a property lien. To avoid enforcement, call (800) 217-7087 by 4/28/2022.

NOTE: Interest will continue to accrue until the $30,163 balance is paid in full

This warrant acts as a judgment against the debtor(s) and is a lien on any property now owned or acquired in the future until the debt is paid in full. This letter has been sent to Patricia J Eggleston due to the unpaid taxes to Federal Tax Authorities. Levying procedures will begin within 15 days of it's receipt. You must respond by 4/28/2022, you must pay in full, or call (800) 217-7087 to avoid action.

ASSIGNED RESOLUTION AGENT SIGNATURE

**\*See Other Side For Opening Instructions\***

For Addressee Only
Violation Punishable by Fine or Imprisonment
18 USC 1702

Tax Processing Unit
Cook County
Public Judgment Records

2146 6884 6221 85 41

Presorted
First Class Mail
US Postage
**PAID**
Sacramento, CA
Permit #1693

## IMMEDIATE ACTION REQUIRED

Patricia J Eggleston     T32 P8081
5201 S Cornell Ave Apt 11E
Chicago, IL 60615-4202