**Patricia Eggleston**
**v. American Tax Services**

Adv Proc No: **22-ap-00068**

Plaintiff v Defendant

## CERTIFICATE OF SERVICE

I, **Justin Storer**, certify that service of this summons and a copy of the complaint was made **5/4/2022** by:

[✓] Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
- American Tax Solutions, Attn: Geoff Plourde, 1055 W. 17th St., Ste. 1600, Los Angeles, CA 90017
- American Tax Solutions, Attn: Tyler Bennett, 1055 W. 17th St., Ste. 1600, Los Angeles, CA 90017
- Illinois Attorney General's Office, Attn: Consumer Protection Division, 100 W. Randolph St., Chicago, IL 60601

[ ] Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

[ ] Residence Service: By leaving the process with the following adult at:

[ ] Certified Mail Service: By sending the process by certified mail addressed to:

[ ] Publication: The defendant was served as follows: [Describe briefly]

[ ] State Law: The defendant was served pursuant to the laws of the State of as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date **5/3/2022**     Signature **/s/ Justin Storer**

Print Name: **Justin Storer**

Business Address: FactorLaw
105 W. Madison, Suite 1500
Chicago, IL 60602

**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **20–06384**
**PATRICIA EGGLESTON**

    Debtor

Adversary Proceeding No. **22–00068**
**PATRICIA EGGLESTON**

    Plaintiff

v.

**AMERICAN TAX SERVICES**

    Defendant

**SUMMONS IN AN ADVERSARY PROCEEDING**

**To:** AMERICAN TAX SERVICES

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** <br> **Northern District of Illinois** <br> **219 S Dearborn** <br> **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Justin R. Storer** <br> **105 W. Madison St.** <br> **Suite 1500** <br> **Chicago, IL 60602** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | | **Status Hearing Date and Time** |
| --- | --- | --- |
| | **Appear Using Zoom for Government Judge Cox** <br> **By video, use link: https://www.zoomgov.com/** <br> **By telephone, call 1−669−254−5252 or 1−646−828−7666.** <br> **Enter the meeting ID 161 273 2896 and passcode 778135.** | **06/13/2022 at 10:00AM** |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date Issued
05 / 03 / 2022



*Jeffrey P. Allsteadt*

Jeffrey P. Allsteadt, Clerk Of Court

ILNB 2012