# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re Patricia Eggleston,

    Debtor.

Patricia Eggleston,

    Plaintiff,

v.

American Tax Solutions,

    Defendant.

Bankr. No. 20-06384

Chapter 13

Judge Jacqueline Cox

Adversary Pro. 22-00068

## Recusal

Judge Jacqueline P. Cox hereby recuses herself from hearing Bankruptcy Case 20-06384 and Adversary Proceeding 22-00068.

These matters are transferred to Chief Judge Goldgar for reassignment.

The Draft Order due by 7-18-22 should be entered by the Judge to whom these matters get reassigned.

Judge; J. P. Cox  *Jacqueline P. Cox*

Date: June 27, 2022