# UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 13 |
| **Patricia Eggleston,** | Bankruptcy No. 20-06384 |
| Debtor. | |
| | Honorable Deborah L. Thorne |
| **Patricia Eggleston**, | |
| Plaintiff, | |
| v. | Adversary No. 22-ap-00068 |
| **American Tax Solutions**, | |
| Defendant. | |

## NOTICE OF MOTION

**Please take notice** that, on **September 21, 2022, at 10:00 a.m.**, or as soon thereafter as counsel may be heard, the undersigned attorneys shall appear before the Honorable Deborah L. Thorne, or any judge sitting in her place and stead, and shall then and there present this **Motion To Vacate and for Leave to File Responsive Pleadings**, a copy of which is attached hereto and herewith served upon you.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video,** use this link: https://www.zoomgov.com/. Then enter the meeting ID.

**To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1- 646-828-7666. Then enter the meeting ID.

**Meeting ID and password.** The meeting ID for this hearing is 160 9362 1728 – no password required. The meeting ID and further information can also be found on Judge Thorne's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Dated: September 9, 2022                                   **American Tax Solutions**,

                                                                                     By: /s/ Rishi Agrawal
                                                                                      One of Its Attorneys

Attorneys for American Tax Solutions
Rishi Agrawal
The Agrawal Firm, LLC
415 North LaSalle Street, Suite 300A
Chicago, IL 60654
312-527-5440 (O)
312-399-1697 (M)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 13 |
| **PATRICIA EGGLESTON**, | Bankruptcy No. 20-06384 |
| Debtor. | |
| | Honorable Jacqueline P. Cox |
| **PATRICIA EGGLESTON**, | |
| Plaintiff, | |
| | Adversary No. 22-00068 |
| v. | |
| AMERICAN TAX SOLUTIONS, | |
| Defendant. | |

## DEFENDANT'S MOTION TO VACATE AND FOR LEAVE TO FILE RESPONSIVE PLEADINGS

Defendant American Tax Solutions, by its undersigned counsel, hereby moves to vacate the previously entered orders of default and default judgment pursuant to Fed. R. Civ. P. 60(b)(1) and (6) and moves for leave to file responsive pleadings, and in support of said Motions, states as follows:

1. The court granted Plaintiff's Motion for Default and Motion for Default Judgment on September 7, 2022. *Dkt 9; Dkt 10.*

2. The undersigned counsel has been engaged in ongoing settlement discussions with Plaintiff's counsel since June 1st of this year in an attempt to reach a resolution on this matter. S*ee* Decl of Rishi Agrawal attached as **Exhibit 1**, par. 2.

1

3. Upon the parties' failure to reach a resolution, the undersigned advised Plaintiff's counsel, as recently as August 31, 2022, that Defendant would be filing a Motion to Dismiss in this matter.  **Ex. 1**, par. 3.

4. As a result, Defendant has been diligently communicating with Plaintiff and keeping Plaintiff's counsel advised of its intentions.

5. Defendant's failure to attend the September 7, 2022, hearing on Plaintiff's Motion for Default was an inadvertent mistake.

6. As noted above and represented to Plaintiff's counsel, Defendant has prepared and seeks leave to file the attached Motion to Dismiss.  S*ee* Motion to Dismiss attached as **Exhibit 2.**

7. Given that Defendant acted diligently in regularly communicating with Plaintiff's counsel, and that Defendant is seeking leave to file its responsive pleading (and not seeking any additional time), Plaintiff has not suffered any prejudice in this matter.

8. Furthermore, Defendant possesses legitimate defenses to the Plaintiff's claims as demonstrated in the attached Motion to Dismiss and would therefore request the court to allow it an opportunity to defend this matter in the interests of justice.

9. Lastly, Defendant notes that Plaintiff's failure to name the correct party in the complaint was only recently corrected by the Plaintiff on August 5, 2022.  *Dkt 7*.

10. Based on the above, Defendant American Tax Solutions respectfully requests this court to find that Defendant acted diligently in communicating with Plaintiff, made an inadvertent mistake in failing to attend the September 7th hearing, that Plaintiff has not been prejudiced, and that Defendant is not seeking any additional time to file its responsive pleadings.

WHEREFORE, Defendant American Tax Solutions respectfully requests this court, pursuant to Federal Rules of Civil Procedure 60(b)1 and (6), grant its Motion and order the following:

1. The Default Judgment against American Tax Solutions is vacated.
2. American Tax Solutions is granted leave to file its Motion to Dismiss that is attached as Exhibit 2.
3. For any other relief the court deems just.

Respectfully Submitted,

_/s/ Rishi Agrawal_____

Attorneys for American Tax Solutions
Rishi Agrawal
The Agrawal Firm, LLC
415 North LaSalle Street, Suite 300A
Chicago, IL 60654
\312-527-5440 (O)
312-399-1697 (M)

*Attorney for Defendant American Tax Solutions*

**CERTIFICATION OF SERVICE**

The undersigned attorney of record, certifies that he electronically filed this document with the Clerk of Court using the CM/ECF filing system on September 9, 2022, and thus caused a true and correct copy of the foregoing to be served on all attorneys of record vis the Court's CM-ECF filing system.

By:_/s/ Rishi Agrawal